JS-6

1  Bo W. Kim, Bar No. 217394
   BKim@perkinscoie.com
2  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
3  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
4  Facsimile:  310.843.1284

5  Joe Silvernale (*Pro Hac Vice*)
   JSilvernale@perkinscoie.com
6  Brendan Murphy (*Pro Hac Vice*)
   BMurphy@perkinscoie.com
7  Austin Rainwater (*Pro Hac Vice*)
   ARainwater@perkinscoie.com
8  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
9  Seattle, WA  98101-3099
   Telephone:  206.359.8000
10 Facsimile:  206.359.9000

11 Attorneys for Defendant
   THE BOEING COMPANY

12

              UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

14

15

16 CHARLES SASSER and ROBIN          Case No. CV 13-9153-GW(SHx)
   SASSER,
17                                   ORDER OF DISMISSAL WITH
                  Plaintiffs,        PREJUDICE
18
          v.
19
   THE BOEING COMPANY, a business
20 entity, form unknown and DOES 1
   through 100, inclusive, et al.,
21
                  Defendants.
22

23        UPON REVIEW of the Stipulation to Dismiss with Prejudice executed by

24 the parties, and for good cause appearing:

25        IT IS HEREBY ORDERED that this lawsuit is dismissed with prejudice.

26 Each party shall bear its own costs and fees.

27

28

DATED this 10th day of July,  2014.

By _____
George H. Wu
United States District Judge